UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Julia V. Cain, | ) | C/A No.: 9:08-cv-2632-GRA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's attorney petitions this Court for an award of attorney's fees in the above-captioned case under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff's attorney seeks $5,925.00 in attorney's fees at $150.00 per hour for 39.50 hours at the District Court level. However, on February 18, 2010, the parties filed a Joint Stipulation, agreeing that the Commissioner shall pay Plaintiff $5,500.00 in attorney's fees pursuant to the EAJA.

After a review of the record, Plaintiff's attorney's petition, and the joint stipulation thereto, this Court finds that an award of attorney's fees in the amount stipulated is appropriate.

IT IS THEREFORE ORDERED that Plaintiff's attorney be awarded five thousand five hundred dollars ($5,500.00) in attorney's fees.

**IT IS SO ORDERED.**

*G. Ross Anderson, Jr.*
Senior United States District Judge

Anderson, South Carolina
February __18__, 2010